UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

v.

ORDER
Civil No. 01-1563 (MJD/RLE)

Betty Jean Lindemoen, Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp and Kelly O'Brien,

Defendants.

---

On August 27, 2001, Plaintiff filed a pro se motion for a temporary restraining order together with a Complaint, alleging that Defendants have violated his rights under the U. S. Constitution and the Minnesota Constitution through a series of decisions rendered by Child Support Magistrates and Administrative Law Judges in the State of Minnesota concerning his child support obligations and revocation of his commercial driver's license.

Plaintiff filed the exact same complaint, against the same defendants in November 2000. See Milliman v. Lindemoen et al., Civil No. 00-2574 (JMR/RLE). By order dated December 29, 2000, the district court denied Plaintiff's motion for a temporary restraining order and dismissed the action without prejudice. Plaintiff appealed that decision to the Eighth Circuit Court of

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Appeals. By a decision dated July 18, 2001, the Eighth Circuit summarily affirmed the district court's decision.

Under the doctrine of res judicata:

> A judgment on the merits constitutes an absolute bar to a second suit for the same cause of action, and is conclusive between parties and privies, not only as to every other matter which was actually litigated, but also as to every matter which might have been litigated therein.

Sondel v. Northwest Airlines, Inc., 56 F.3d 934, 938 (8th Cir. 1995).

As noted above, the claims raised in Plaintiff's current complaint are identical to the claims asserted in his prior complaint, and are asserted against the same defendants. In fact, the complaints are identical, with the exception that Plaintiff now seeks $30,000 in compensatory and punitive damages. Because a judgment has already been rendered as to these claims, against these defendants, this action is barred.

IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED and this action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: August 29, 2001

Michael J. Davis
United States District Court