# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lance Gerald Milliman,
Plaintiff

Case No. Civil 01-1563 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

v.

Betty Jean Lindemoen, Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp and Kelly O'Brien,
Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for a Temporary Restraining Order is DENIED and this action is DISMISSED.

DATE: August 29, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch, Deputy Clerk