UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman, Civ. File No. 01-1563 (MJD/RLE)

Plaintiff,

v. **ORDER**

Betty Jean Lindemoen, et al.,

Defendants.

---

This matter is before the Court on Lance Gerald Milliman's Application to Proceed In Forma Pauperis ("IFP"). A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915. See also Fed. R. App. P. 24(a). To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Milliman's Application indicates that he owns a mobile home worth $5,000, a 1988 Dodge worth $500, and $50 in bank accounts. Milliman has failed to demonstrate that he cannot proceed without prepayment of the fees for his appeal. Accordingly, **IT IS HEREBY ORDERED** that Lance Gerald Milliman's Application to Proceed In Forma Pauperis ("IFP") (Clerk Doc. No. 10) is **DENIED**.

Dated: Dec 17, 2001

Michael J. Davis
Michael J. Davis
United States District Court Judge

DEC
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK