UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Lance Gerald Milliman,

Plaintiff,

vs. ORDER

Betty Jean Lindemoen, et al.,

Defendants. Civ. No. 01-1563 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 27th day of April, 2004.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a review of pending cases, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A).

When the Plaintiff originally filed this action, on August 27, 2001, he filed an Application to proceed in forma pauperis. Shortly thereafter, before we had issued a ruling on the Plaintiff's application, the United States District Court, District of Minnesota, the Honorable Michael J. Davis presiding, dismissed the case. The Plaintiff took an appeal and, in April of 2002, our Court of Appeals vacated the

dismissal and remanded the case back to the District Court. Unfortunately, no subsequent action has been taken on the matter, since the Clerk's file was closed. Due to the unfortunate lapse of time, we are presently without current information to determine whether the Plaintiff is entitled to proceed in forma pauperis. Therefore, should the Plaintiff wish to pursue this action, he is directed to submit a new application to proceed in forma pauperis, or to remit the proper filing fee to the Clerk of Court.

NOW, THEREFORE, It is --

ORDERED:

1. That the Clerk of Court shall return to the Plaintiff a blank copy of the Clerk's "Application to Proceed Without Prepayment of Fees and Affidavit" form.

2. That should the Plaintiff wish to pursue this action, then, **by no later than twenty days from the date of this Order**, he is to submit a completed copy of the "Application to Proceed Without Prepayment of Fees and Affidavit" form, or, in the alternative, payment of the proper filing fee amount.

3. That, should the Plaintiff fail to comply with any of these directives, including the time limitation noted, the Court shall issue a Recommendation that this action be dismissed for failure of prosecution.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE