UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Lance Gerald Milliman,

Plaintiff,

vs. REPORT AND RECOMMENDATION

Betty Jean Lindemoen, et al.,

Defendants. Civ. No. 01-1563 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge pursuant to a review of pending cases, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A). For these purposes, the Plaintiff appears pro se and, because process has yet to be served, no appearance has been made by, or on behalf of, the Defendants.

On April 27, 2004, a review of pending cases revealed that no action had been taken on this matter, following a Remand by the United States Court of Appeals for the Eighth Circuit, despite the passage of two years. Although the Plaintiff had filed an Application to Proceed in forma pauperis, the application had not yet been decided,

but because of the lapse of time, we were without current information to determine whether the Plaintiff was entitled to proceed in forma pauperis. Consequently, we directed the Plaintiff to submit a new application to proceed in forma pauperis, or to remit the proper filing fee to the Clerk of Court. We forewarned the Plaintiff that, in the event that he failed to comply with the directives of our Order, within twenty days of the date thereof, we would recommend that the Plaintiff's Application to Proceed in forma pauperis be denied, and that the action be dismissed.

To date, the Plaintiff has failed to comply with the directives of our Order of April 27, 2004. The Plaintiff has not responded in any manner to our Order. Consequently, we recommend that this case be dismissed for failure to comply with our Order of April 27, 2004, and for lack of prosecution. We also recommend that the Plaintiff's Application to proceed in forma pauperis be denied as moot.

NOW, THEREFORE, It is --

RECOMMENDED:

1. That this action be dismissed for failure to comply with this Court's Order of April 27, 2004, and for lack of prosecution.

2. That the Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Docket No. 3] be denied as moot.

Dated: June 18, 2004

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than July 6, 2004**, a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than July 6, 2004**, unless all interested parties

stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.