RECEIVED
BY MAIL
JUL 07 2004
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**************************************************************************************

Lance Gerald Milliman, Civ. No. 01-1563 (MJD/RLE)

Plaintiff,

v.

OBJECTIONS TO THE REPORT
AND RECOMMENDATION

Betty Jean Lindemoen, et al.,

Defendants.

**************************************************************************************

The facts in this matter are fairly stated, for the most part, in the Report and Recommendation of Magistrate Raymond L. Erickson. However, there are several facts that the Court is either not aware of or has ignored. Indeed, two years has past since any action was taken on this file. This is not the fault of the plaintiff as I was advised by the clerks office that I would be informed by the Court what the next required step was in bringing this matter forward. I checked with the clerks office when I first received notice of the remand and again about a month later and was advised that the Court would let me know. Days past and I believed that the Court's docket could be that busy that the Court simply has not got to my file yet. Days became weeks and months and now years and still no word from the Court. I began to believe that this was deliberate on the part of the presiding district court judge assigned to this case as the plaintiff had sent a stern letter to him after he dismissed the lawsuit in the first place. After all, this type of lawsuit is not too popular, I believe. How can this happen? I am certainly glad that this was not an eleventh hour death penalty appeal or request for a stay of execution as the plaintiff would have been executed by now.

Further, it is true that the plaintiff did not comply with the Court's April 27, 2004 directives. However, this was due to the fact that this Court originally denied in forma pauperis status and denied the plaintiff in forma pauperis status to proceed on appeal and thereafter the Eighth Circuit Court of Appeals granted in forma pauperis status to the plaintiff. How many times must we re-visit this issue? This plaintiff believes that once in forma pauperis status is granted, it is not lost by the mere passage of time or change in financial position. Also, the plaintiff did, in fact, respond to the Court's order by letter to the Honorable Raymond L. Erickson dated May 17, 2004. (copy attached) Since there are no other parties, at this point, there are no ex-parte communication or affidavit of service issues.

Finally, dismissal for failure to prosecute, in this matter is not appropriate. Any failure of prosecution on the part of the plaintiff was due to matters beyond his control. He did not lose his file, either the clerks office or the assigned judge and magistrate lost the file and I believe this matter should be a investigated by the Eighth Circuit Court of Appeals to find out how this file disappeared for over 2 years.

Respectfully submitted,

Dated July 6, 2004

Lance Milliman
Plaintiff pro se
P.O. Box 61
South Haven, Minnesota 55382
(320) 453-5598

SCANNED
JUL 07 2004
U.S. DISTRICT COURT ST. PAUL

May 17, 2004

Honorable Raymond L. Erickson
United States Magistrate Judge
C/O United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

RE: Milliman v. Lindemoen, et al.
Court File Civ. No. 01-1563

Dear Magistrate Erickson,

With all due respect sir, Judge Davis and yourself lose my case for over two (2) years, fail to have the summons and complaint served which were filed with the Court and out of the blue you issue an order stating that you will be recommending dismissal for failure to prosecute if I do not file certain documents with the Clerk within twenty (20) days. It is my understanding that Judge Davis denied in forma pauperis and thereafter, the Eighth Circuit granted in forma pauperis status and I believe that this should have resolved the issue of in forma pauperis. I wish to continue to pursue this matter. However, quite frankly I do not know what my financial situation has to do with this at this point in time. The issue should be whether or not I was eligible for in forma pauperis status at the time the case was lost.

Again, with all due respect, your Honor, you can recommend dismissal for failure to prosecute if that is what you want to do. However, I will not hesitate to take this matter back before the Eighth Circuit if that becomes necessary. I believe losing ones case does a disservice to the judiciary and has made the plaintiff here suffer undo prejudice and bias.

Sincerely,

Lance Milliman
Plaintiff pro se
P.O. Box 61
South Haven, Minnesota 55382
(320) 453-5598

Lance Milleman
P.O. Box 61
South Haven, MN. 55382

EDEN VALLEY MN
JUL 07 2004
USPS



RECEIVED
BY MAIL
JUL 07 2004
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Bldg.
316 North Robert Street
St. Paul, Minnesota 55101

55101#1499