AO 240 (Rev. 9/96) MN (6/01)

RECEIVED
BY MAIL
AUG 27 2004
CLERK US DIST COURT
MINNEAPOLIS MN

# UNITED STATES DISTRICT COURT

District of Minnesota

LANCE GERALD MILLIMAN
Plaintiff

V.

Betty Jean Lindemoen, et al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER 01-1563 MJD/RLE

I, LANCE MILLIMAN declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ______

   Are you employed at the institution? ______

   If "Yes," what income do you receive from the institution? ______

   What is your social security number? ______

   YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT SHOWING THE PAST SIX MONTHS' TRANSACTIONS FOR YOUR PRISON ACCOUNT.
   A ledger sheet showing such transactions also should be attached.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

SCANNED
AUG 27 2004
U.S. DISTRICT COURT MPLS

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive on number 7 on this form.

4. Do you have any cash or checking or savings accounts? ☑ Yes ☐ No

If "Yes," state the total amount. $20.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I am Court ordered to pay $200.00 per month in back child support which I make an attempt to keep current - it isn't always but I try.

7. Additional information:

Eligible for fuel assistance + Medical assistance although currently not using it. make about $200.00 mo. doing whatever I can to make money. However my monthly housing cost w/o food is $836.00 then I try to make the $200.00 Child Support payment.

I declare under penalty of perjury that the above information is true and correct.

8-25-04
Date

[signature]
Signature of Applicant

CERTIFICATE
(Incarcerated applicants only)
To be completed by the institution of incarceration

I certify that the applicant named herein has the sum of $ ____________ on account to his/her credit at ______________________ (name of institution). I further certify that the applicant has the following securities to his/her credit:

______________________________________________________________

______________________________________________________________

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposit to the prisoner's account was $ ____________, and the average monthly balance in the prisoner's account was $ ________________.

| | |
|---|---|
| ____________________ | ______________________________ |
| Date | Signature of authorized officer |