Please file 4 docket

RECEIVED
AUG 3 1 2004

May 17, 2004

Honorable Raymond L. Erickson
United States Magistrate Judge
C/O United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

RE: Milliman v. Lindemoen, et al.
Court File Civ. No. 01-1563

Dear Magistrate Erickson,

With all due respect sir, Judge Davis and yourself lose my case for over two (2) years, fail to have the summons and complaint served which were filed with the Court and out of the blue you issue an order stating that you will be recommending dismissal for failure to prosecute if I do not file certain documents with the Clerk within twenty (20) days. It is my understanding that Judge Davis denied in forma pauperis and thereafter, the Eighth Circuit granted in forma pauperis status and I believe that this should have resolved the issue of in forma pauperis. I wish to continue to pursue this matter. However, quite frankly I do not know what my financial situation has to do with this at this point in time. The issue should be whether or not I was eligible for in forma pauperis status at the time the case was lost.

Again, with all due respect, your Honor, you can recommend dismissal for failure to prosecute if that is what you want to do. However, I will not hesitate to take this matter back before the Eighth Circuit if that becomes necessary. I believe losing ones case does a disservice to the judiciary and has made the plaintiff here suffer undo prejudice and bias.

Sincerely,

Lance Milliman
Plaintiff pro se
P.O. Box 61
South Haven, Minnesota 55382
(320) 453-5598

SCANNED
AUG 3 1 2004
U.S. DISTRICT COURT DULUTH

Louie Milliman
P.O. Box 61
South Haven, Minnesota 55382

RECEIVED
BY MAIL
AUG 3 0 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Honorable Raymond L. Erickson
c/o United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Bldg.
316 North Robert Street
St. Paul, Minnesota

RECEIVED
BY MAIL
MAY 1 9 2004
CLERK, US DIST. COURT
ST. PAUL, MN