UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LANCE GERALD MILLIMAN,

Plaintiff,

v.

ORDER
Civ. File No. 01-1563 (MJD/JGL)

BETTY JEAN LINDEMOEN, et al.,

Defendants.

---

Lance Gerald Milliman, pro se.

---

The above-entitled matter comes before the Court upon Plaintiff's application for leave to proceed in forma pauperis ("IFP"). (Doc. No. 20.) Plaintiff states that he has a $20.00 in a checking or savings account, a monthly income of approximately $1,200.00, that his monthly housing cost, without food, is $836.00, and that he is court ordered to pay $200.00 per month of child support. Plaintiff also states that he is eligible for, but not using, fuel assistance and medical assistance.

A litigant who seeks to be excused from paying the filing fee in a federal case may apply for IFP status under 28 U.S.C. § 1915. Section 1915 "is designed to ensure 'that indigent persons will have equal access to the judicial system.'" Greaser v. State of Mo., Dep't of Corrections, 145 F.3d 979, 985 (8th Cir. 1998). To qualify for IFP status, the litigant must demonstrate the he or she cannot afford to pay the

full filing fee. 28 U.S.C. § 1915(a)(1). The decision of whether to grant or deny IFP status rests within the sound discretion of the trial court. Lee v. McDonald's Corp., 231 F.3d 456, 458 (8th Cir. 2000). Based on the information provided, Plaintiff has not made a sufficient showing that he is unable to afford the payment of the filing fee.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application (Doc. No. 20) is **DENIED**.

Dated: _October 1, 2004_____

__s/Michael J. Davis___________
Michael J. Davis
United States District Court Judge