**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LANCE GERALD MILLIMAN,

Plaintiff,

v.

**ORDER**
Civil File No. 01-1563 (MJD/RLE)

BETTY JEAN LINDEMOEN, et al.,

Defendants.

---

Lance Gerald Milliman, pro se.

---

This action was originally filed on August 27, 2001. By Order dated August 29, 2001, the action was dismissed. The Eighth Circuit thereafter vacated the Order to dismiss and remanded the action for further proceedings. The mandate was filed on April 12, 2004. The case thereafter remained idle for a two year period.

On April 27, 2004, the Magistrate Judge ordered Plaintiff to submit a new application to proceed in forma pauperis with current information, or to remit a filing fee to the Clerk of Court. The Order stated that Plaintiff had twenty days from the date of the Order to submit either the filing fee or the new application.

If Plaintiff failed to comply, the Order warned that the action would be dismissed for failure to prosecute.

Plaintiff did not respond to the Order. On June 18, 2004, the Magistrate Judge issued a Report and Recommendation recommending that the action be dismissed for lack of prosecution and for failure to comply with the April 27 Order. Plaintiff filed Objections to the Report and Recommendation. This Court issued an order allowing Plaintiff an additional twenty days to submit a new application to proceed in forma pauperis. Plaintiff did submit a new application, which listed income of approximately $1,200 per month. Based on this submission, the application was denied.

Plaintiff has now submitted a letter to the Court in response to the denial of his application to proceed in forma pauperis. Based on the contents of said letter, and the fact that this Court allowed his case to remain idle for two years, the Court believes it must recuse itself from this case in the interests of justice. The Court will also vacate its Order dated October 1, 2004, to allow the new Judge to decide whether Plaintiff should be allowed to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that the Order dated October 1, 2004 [Doc. No. 22] is hereby VACATED.

IT IS FURTHER ORDERED that the pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: October 13, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS, Judge
United States District Court