UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Lance Gerald Milliman,

Plaintiff,

vs. ORDER

Betty Jean Lindemoen, et al.,

Defendants. Civ. No. 01-1563 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge pursuant to a review of pending cases, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's Application to proceed in forma pauperis. For these purposes, the Plaintiff appears pro se and, because process has yet to be served, no appearance has been made by, or on behalf of, the Defendants.

On April 27, 2004, a review of pending cases revealed that no action had been taken on this matter, following a Remand by the United States Court of Appeals for the Eighth Circuit, despite the passage of two years. Although the Plaintiff had filed an Application to Proceed in forma pauperis, the Application had not yet been decided, but because of the lapse of time, we were without current information to

determine whether the Plaintiff was entitled to proceed in forma pauperis. Consequently, we directed the Plaintiff to submit a new application to proceed in forma pauperis, or to remit the proper filing fee to the Clerk of Court. Subsequently, the Plaintiff complied with our directives, and those of the District Court, and submitted a new Application to proceed in forma pauperis. See, Docket No. 20.

As a part of that Application, the Plaintiff has averred that he is not currently employed, but that he earns about $1,200.00 per month, "doing whatever [he]can to make money." He further attests that he has $20.00, and that he has no other real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value. The Plaintiff, however, has also attested that with his income, he must pay a monthly housing cost of $836.00, and $200.00, per month in back child support.

Given these showings, we conclude that the Plaintiff is entitled to proceed in forma pauperis. Therefore, the Plaintiff's application to proceed in forma pauperis is granted. See, Title 28 U.S.C. §1915(a)(1). However, the Plaintiff has failed to include a copy of his Complaint,[1] for service upon each of the Defendants who is named

---

[1]We note that the Plaintiff has recently submitted a letter to the Court, in which he indicates his intent to file a Motion for leave to amend his Complaint, and a Motion for a Temporary Restraining Order, and Preliminary Injunction.

therein. While we recognize that the Plaintiff has submitted an Application to Proceed in forma pauperis, this entitlement does not embrace copying costs. See, e.g., Sankitts v. Evans, 113 F.3d 1247 (10th Cir. 1997) (Table Decision); Nance v. Cooper, 1996 WL 583444 *2 (N.D. Ill., October 7, 1996). Accordingly, the Plaintiff is directed to submit to the Clerk of Court, **by no later than February 24, 2005**, a copy of his Complaint for each of the Defendants who is named in the Complaint.

In addition, having reviewed the Complaint, we find that the Plaintiff has failed to include the requisite completed United States Marshals Service forms for each named Defendant. The Plaintiff's Application to Proceed in forma pauperis also does not embrace the completion of the Marshals Service Forms by Court personnel. See, e.g., West v. Macht, 986 F. Supp. 1141, 1144 (W.D. Wis. 1997). Accordingly, the Plaintiff is directed to submit to the Clerk of Court, **by no later than February 24, 2005**, a completed United States Marshals Service form for each named Defendant. In the event that the Plaintiff fails to comply with either of the directives of this Order, the Court shall recommend that the Plaintiff's Application to Proceed in forma pauperis be denied, and that the action be dismissed.

NOW, THEREFORE, It is --

ORDERED:

1. That, should the Plaintiff intend to pursue this action, he is directed to submit sufficient copies of his Complaint to the Clerk of Court, for service upon each of the Defendants who is named in the Complaint, **by no later than February 24, 2005.**

2. That, should the Plaintiff intend to pursue this action, he is directed to submit to the Clerk of Court a completed United States Marshal Service form, for each of the Defendants, **by no later than February 24, 2005.**

3. That, in the event that the Plaintiff fails to comply with any of the above directives, including the time limitations noted, the Court shall recommend that this action be dismissed for failure of prosecution.

4. That the Plaintiff's Application for in forma pauperis status [Docket No. 20] is granted.

5. That, upon receipt of the copies of the Plaintiff's Complaint, and the completed United States Marshals Service forms, the Clerk of Court shall issue a

Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendant as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Dated: January 24, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE