RECEIVED
BY MAIL
FEB 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

v.

CIVIL ACTION NO. 01-1563RHK/RLE

Betty Jean Lindemoen, et al.,

Defendants.

---

MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND MOTION FOR TEMPORARY INJUNCTION

Plaintiff moves the Court upon verified complaint and affidavit of Lance Gerald Milliman, to issue a temporary restraining order and to issue a temporary injunction, both enjoining and restraining Michael Campion, the acting Commissioner of the Minnesota Department of Public Safety from suspending the plaintiff's commercial driver's license pursuant to Minnesota Statute 518.551subds. 12 and 13 at the direction of the Anoka County (the public authority) or any and all others in active participation or in concert with Anoka County (the public authority) herein to include child support magistrates pending further order of the Court. Further, the plaintiff moves the Court for a temporary restraining order and temporary injunction both enjoining and restraining Anoka County (the public authority) to include child support magistrates from taking any action to suspend the commercial driver's license of the plaintiff pursuant to Minnesota Statute 518.551 subds. 12 and 13 and if said action has already occurred, Anoka County (the public authority) or the child support magistrate shall take immediate action to cause reinstatement immediately pending further order of the Court. Finally, the plaintiff moves the Court to issue a temporary restraining order and temporary injunction enjoining and restraining defendant Betty Jean Lindemoen and the Anoka County defendants or any and all others in active participation or in concert with these defendants to include child support magistrates from further collection activity or harassment of the plaintiff pending further order of the Court.

The grounds for this motion are:

1. Plaintiff has filed a verified complaint, a motion for temporary restraining order without notice and temporay injunction, an affidavit of Lance Gerald Milliman and a memorandum of law.

2. The defendants are in the process of being served with summons and complaint, motion for temporary injunction and supporting documents. However, immediate and irreparable injury, loss or damage will result to the plaintiff before the defendants can be heard in opposition and the plaintiff will not have any adequate remedy at law. The plaintiff's Minnesota Commercial Driver's License is about to be suspended pursuant to a Minnesota State Statute 518.551 subds. 12 and 13 which violates the plaintiff's constitutional rights. Said suspension is scheduled to begin on or about February 5, 2005.

This is the second time that the Anoka County defendants have attempted to suspend the plaintiff's Minnesota Commercial Driver's License and the best indicator of these defendants future actions is their actions taken in the past under similar circumstances. At the first suspension hearing the Anoka County defendants with the help of defendant Beverly Anderson, a child support magistrate held a hearing to suspend the plaintiff's Minnesota Commercial Driver's License and then never issued any oral or written findings of fact, conclusions of law or an order and never served the plaintiff with a copy of child support magistrate's order. Said witholding of service of said order caused a ninety (90) day automatic stay to expire under said statute causing the suspension to take place. The defendants effectively cut-off the plaintiff's appellate rights by bypassing the appellate process and the suspension that took place severely

SCANNED
FEB 23 2005
U.S. DISTRICT COURT MPLS

damaged the plaintiff and his significant other economically.

If this suspension takes place the plaintiff will be financially ruined, he will lose his house and he will be unable to support himself or to pay monthly living expenses and the plaintiff is placed back into a position where he cannot ever pay back his share of the child support owed because the plaintiff's Minnesota Commercial Driver's License is his only means of supporting himself.

3. The accompanying affidavit of Lance Gerald Milliman certify these facts and situations.

Plaintiff requests this Court to issue a temporary restraining order without notice and a temporary injunction as requested above.

Dated: February 6, 2005

Lance Gerald Milliman
Plaintiff pro se
60009 373rd Street
Eden Valley, Minnesota 55329
(320) 420-3540