RECEIVED
FEB 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1563RHK/RLE

Lance Gerald Milliman,

Plaintiff,

v.

AFFIDAVIT OF LANCE GERALD MILLIMAN

Betty Jean Lindemoen, et al.,

Defendants.

---

Lance Gerald Milliman, being first duly sworn upon oath, states and alleges as follows:

1. That he is the plaintiff in this matter and as such he is familiar with all the facts and situations herein.

2. That the facts contained in his complaint are factual and true to the best of his knowledge and belief.

3. The introduction and the facts stated in the plaintiff's memorandum in support of a temporary restraining order and a temporary injunction are factual and true to the best of his knowledge and belief.

4. All the defendants are in the process of being served with the summons and complaint and in addition defendants Michael Campion, Janice Allen and Betty Lindemoen each received a motion for a temporary restraining order without notice and motion for temporary injunction and the temporary restraining order without notice and a order to show cause why a temporary injunction should not issue, a memorandum of law in support of plaintiff's temporary restraining order and temporary injunction. and an affidavit of Lance Gerald Milliman.

5. That the conduct requested enjoined threatens real and substantial constitutional rights of the plaintiff and that immediate and irreparable injury, damage or loss will result to the plaintiff before the defendants can be heard in opposition. The status of the current suspension is unknown and if said suspension is allowed to take effect, the plaintiff will lose his ability to support himself, he will lose his home and his credit file and his ability to ever be able to pay back child support will be destroyed unless the status quo is maintained pending the determination of this lawsuit on the merits and there will be nothing that this Court can do later in its final order that will compensate the plaintiff for the economic loss that the plaintiff is likely to sustain.

6. Further, your affiant saith not except that he makes this affidavit in support of his temporary restraining order and temporary injunction.

Lance Gerald Milliman

Subscribed and sworn to before me
this 22 day of February, 2005.

NOTARY PUBLIC/COURT CLERK

MICHAEL L. HUBERTY
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2010

SCANNED
FEB 23 2005
U.S. DISTRICT COURT MPLS

Lance Milliman
60009 373rd Street
Eden Valley, MN 55329

PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL107R, OCT 1997

PRIORITY MAIL
SCANNED
FEB 23 2005
U.S. DISTRICT COURT MPLS

1 of 2

United States District Court
Office of the Clerk
U S Courthouse - Suite 202
300 South Fourth Street
Mpls, Minnesota 55415