**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, et al.,

Defendants.

Civil No. 01-1563 (RHK/RLE)

**O R D E R**

---

All dispositive and non-dispositive motions are referred to United States Magistrate Judge Raymond L. Erickson for recommended disposition.

Dated: March 3, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge