UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Lance Gerald Milliman,

Plaintiff,

vs. NOTICE OF HEARING

Betty Jean Lindemoen, et al.,

Defendants. Civ. No. 01-1563(RHK/RLE)

* * * * * * * * * * * * * * * * * *

Pursuant to Title 28 U.S.C. §636(b)(1)(A), (B) and (C) and Order of Reference dated March 3, 2005, the Plaintiff's Motion for a Temporary Restraining Order [Docket No. 26] is set for Hearing before the undersigned on **Thursday, March 31, 2005, at 11:00 a.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota.

BY THE COURT:

DATED: March 7, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE