**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohafsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp and Kelly O'Brien,

Defendants.

Case No. 01-1563 RHK/RLE

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

**ORAL ARGUMENT REQUESTED**

---

**PLEASE TAKE NOTICE,** that on May 26, 2005, at 1:30 p.m., in Court Room 3, 515 West First Street, Duluth, MN, Defendants will move this Court for an order to dismiss Plaintiff's Amended Complaint.

**ROBERT M.A. JOHNSON**
**ANOKA COUNTY ATTORNEY**

Date: March 21, 2005.

By: s/ Thomas G. Haluska
Thomas G. Haluska
Assistant Anoka County Attorney
License No. 39986
Anoka County Government Center
2100 Third Avenue
Anoka, MN 55303-2265
(763) 323-5670

I:\CIVATTY\TOM\LIABIL\CASES\Milliman\Notice of Motion-Dismiss.doc