**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver,
Michael Campion, Beverly Anderson,
Kim Brandell, Susan Fallek-Rogers,
Jill Prohafsky, Colia Ceisel, Susan Myklebye-Williams,
Janice Allen, Dorrie Estebo, Bethany Lindberg,
Kay Gavinski, Robert Tipp and Kelly O'Brien,

Defendants.

Case No. 01-1563 RHK/RLE

**AFFIDAVIT OF KAY GAVINSKI**

**ORAL ARGUMENT REQUESTED**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF ANOKA )

Kay Gavinski, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is an Assistant Anoka County Attorney.

2. That the documents attached to Defendant Anoka County's Memorandum in Opposition to the Temporary Restraining Order are true and copies of the originals.

3. That a Notice of a Suspension for Failure to Meet Child Support Obligations was sent to the Plaintiff indicating that a request for hearing on the issue was received by the Plaintiff, but the hearing has not yet been scheduled and that a driver's license revocation cannot occur until a hearing has been held and a determination made against the Plaintiff.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated: March 21, 2005.

s/ Kay Gavinski
Kay Gavinski
Assistant Anoka County Attorney

Subscribed and sworn to before me
this 21st day of March, 2005.

s/ Joann C. Sutton
Notary Public