**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I electronically filed:

Defendants' Notice of Motion and Motion to Dismiss
Defendant Anoka County's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(d)
Affidavit of Kay Gavinski
Exhibits to Memorandum in Support of Motion to Dismiss
Order

with the clerk of the court by using the ECF which will send a notice of electronic filing to the following:

N/A

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants:

Lance Gerald Milliman
60009 373rd Street
Eden Valley, MN 55329

March 21, 2005.

By: s/ Thomas G. Haluska
Thomas G. Haluska
Assistant Anoka County Attorney
License No. 39986
Anoka County Government Center
2100 Third Avenue
Anoka, MN 55303-2265
(763) 323-5670