**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I electronically filed:

Defendant Anoka County's Memorandum in Opposition to the Temporary Restraining Order
Affidavit of Kay Gavinski
Exhibits to Memorandum in Opposition to Temporary Restraining Order
Order

with the clerk of the court by using the ECF which will send a notice of electronic filing to the following:

N/A

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants:

Lance Gerald Milliman
P.O. Box 61
South Haven, MN 55382

March 21, 2005.

By: s/ Thomas G. Haluska

Thomas G. Haluska
Assistant Anoka County Attorney
License No. 39986
Anoka County Government Center
2100 Third Avenue
Anoka, MN 55303-2265
(763) 323-5670