UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

Civil File No. 01-1563 RHK/RLE

**AFFIDAVIT OF JODY OSCARSON**

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

JODY OSCARSON, being first duly sworn, states that:

1. I am the Driver Improvement Specialist Supervisor in the Minnesota Department of Public Safety ("the Department"). In this position, one of my responsibilities is maintenance and review of the Department's records on driver's license suspensions for non-payment of child support. I make this affidavit based on my personal knowledge of driver's license suspension procedures and a review of the Department's records regarding the driver's license status of Lance Gerald Milliman, the plaintiff in this case.

2. Mr. Milliman has a valid Class D (general) and Class A (commercial) driver's license. His driver's license is not suspended. Because Mr. Milliman has requested a court hearing in the pending child-support enforcement proceeding against him in Anoka County, the Department cannot suspend Mr. Milliman's driver's license for non-payment of child support unless, after the hearing, the court orders that his license be suspended.

3. In the event Mr. Milliman's driver's license is suspended based on a court order in the pending Anoka County child-support enforcement proceeding, he could apply to the Department for a limited Class D driver's license under Minn. Stat. §171.30 (2004). A limited license is valid for up to 90 days. Mr. Milliman would be eligible to apply for a limited Class D license because he has not previously been issued a limited license.

FURTHER YOUR AFFIANT SAYETH NOT.

**s/ Jody Oscarson_____________**
JODY OSCARSON

Subscribed and sworn to before me
on this 24th______ day of March, 2005.

s/ Angela M. Geraghty________
Notary Public

AG: #1389527-v1