UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

Civil File No. 01-1563 RHK/RLE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2005, I caused the following documents:

1. Memorandum of Law of Defendant Campion in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; and

2. Affidavit of Jody Oscarson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to Assistant Anoka County Attorney Thomas G. Haluska.

I further certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be mailed on March 24, 2005, by first class mail, postage paid, to the following non-ECF participant:

Lance Gerald Milliman
60009 373rd Street
Eden Valley, MN 55329

Dated: March 24, 2005

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Erika Schneller Sullivan
Bar Number 0288056
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendant Campion

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1389529-v1

THOMAS G HALUSKA
ASSISTANT ANOKA COUNTY ATTY
ANOKA COUNTY GOV'T CENTER
2100 THIRD AVE
ANOKA, MN 55303-2265