UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

Civil File No. 01-1563 RHK/RLE

**MOTION TO DISMISS OF DEFENDANTS WEAVER, CAMPION, ANDERSON, BRANDELL, FALLEK-ROGERS, PROHOFSKY, CEISEL, AND MYKLEBYE-WILLIAMS**

TO: Plaintiff pro se Lance Gerald Milliman; and Thomas G. Haluska, Assistant Anoka County Attorney.

Defendants Charles Weaver Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklebye-Williams (the State Defendants) move the Court to dismiss Plaintiff's amended complaint for lack of jurisdiction over the subject matter and failure to state a claim upon which relief can be granted. This motion is made pursuant to Fed. R. Civ. P. 12(b) and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: March 28, 2005

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Erika Schneller Sullivan
Bar Number 0288056
Mike Hatch
Attorney General
State of Minnesota
Attorneys for State Defendants

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1389523-v1