UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

Civil File No. 01-1563 RHK/RLE

**NOTICE OF HEARING ON MOTION TO DISMISS OF DEFENDANTS WEAVER, CAMPION, ANDERSON, BRANDELL, FALLEK-ROGERS, PROHOFSKY, CEISEL, AND MYKLEBYE-WILLIAMS**

TO: Plaintiff pro se Lance Gerald Milliman; and Thomas G. Haluska, Assistant Anoka County Attorney.

PLEASE TAKE NOTICE that the motion to dismiss of Defendants Charles Weaver Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklebye-Williams (the State Defendants) will be heard before the Honorable Raymond L. Erickson, on May 26, 2005, in Courtroom No. 3 at the United States District Court, 515 West 1st Street, Duluth, Minnesota, at 1:30 p.m., or as soon thereafter as counsel may be heard.

Dated: March 28, 2005

**s/ John S. Garry____**

John S. Garry
Bar Number 208899
Erika Schneller Sullivan
Bar Number 0288056
Mike Hatch
Attorney General
State of Minnesota
Attorneys for State Defendants

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1389522-v1