UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

Civil File No. 01-1563 RHK/RLE

**AFFIDAVIT OF JOHN S. GARRY**

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

JOHN S. GARRY, being first duly sworn, states that:

1. I am an Assistant Minnesota Attorney General and represent the State Defendants in this action.

2. Attached hereto as Exhibit A is a copy of *Petschen v. Governor of State of Minnesota,* Civil File No. 3-96-115, Memorandum & Order (D. Minn. April 26, 1996).

FURTHER YOUR AFFIANT SAYETH NOT.

**s/ John S. Garry____________**
JOHN S. GARRY

Subscribed and sworn to before me
on this 28th_____ day of March, 2005.

s/ Linda A. Ratay_______________
Notary Public

AG: #1391757-v1