# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Lance Gerald Milliman
Plaintiff,
v.

Betty Jean Lindemoen,
Charles Weaver, Beverly Anderson,
Kim Brandell, Susan Fallek-Rogers,
Colia Ceicel, Susan Myklabye-Williams,
Michael Campion, Jill Prohofsky,
Janice Allen, Dorrie Estebo, Bethany
Lindberg, Robert Tipp, Kelly O'Brien, Kay
Gavinski,

Defendants.

## COURT MINUTES

BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv1563 |
| Date: | March 31, 2005 |
| Tape Number: | 05-17 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:25 a.m. |
| Time in Court: | 0 Hours & 25 Minutes |

## APPEARANCES:

Plaintiff: Pro Se

Defendants: Ericka Sullivan for Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceicel, Susan Myklabye-Williams, Michael Campion, Jill Prohofsky

Thomas G. Haluska for Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp, Kelly O'Brien, Kay Gavinski

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. The Plaintiff's Motion for a temporary restraining order. [Docket No. 26].

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Motions taken under advisement as of: March 31, 2005

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/J.D. Schmid
Law clerk