01-1563 RHK/RLE

# CERTIFICATE OF SERVICE

I, Lance Milliman, hereby certify that I have served a true and correct copy of the foregoing Plaintiffs Memorandum in opposition to the defendants motion to dismiss on Rule 12 grounds. F. R. Civ. P.

upon the attorneys below.

at the addresses below

this 16th day of April, [redacted] 2005 and depositing same in the United States Mail, postage paid at South Haven, Minnesota.

Lance Milliman

Subscribed and sworn to before me
this 18th day of April [redacted] 2005

Patricia Briggs
~~NOTARY PUBLIC/COURT CLERK~~
Witness

John S Garry
Assistant Attorney General
445 Minnesota Street
Suite 1100
St Paul, MN. 55101

Thomas G Haluska
Assistant Anoka County Attorney
Anoka County Government Center
2100 Third Avenue
Anoka, MN, 55303

RECEIVED
BY MAIL
APR 19 2005
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
APR 19 2005 CB
U.S. DISTRICT COURT MPLS