# UNITED STATES DISTRICT COURT

District of

Lance Gerald Milliman

V.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohafsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Esebo, Bethany Lindberg, Kay Favinski, Robert Tipp and Kelly O'Brien

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 01-cv-1563 RHK/RLE

RECEIVED
05 MAY -5 AM 11:23
CLERK, U.S. DIST. CT.
MINNEAPOLIS

TO: (Name and address of Defendant) See attached list for additional defendants

Betty Jean Lindemoen
229 – 7th Street
Apartment No. 2
Mora, MN 55051

Charles Weaver
120 State Capital
75 Martin Luther King, Jr. Blvd
St. Paul, MN 55155

Michael Campion
445 Minnesota Street
Suite 100
St. Paul, MN 55101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (Pro Se) (name and address):

Lance Milliman
60009 373rd Street
Eden Valley, MN 55329

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN
CLERK

DATE 2-23-05

(By) DEPUTY CLERK

SCANNED
MAY 05 2005
U.S. DISTRICT COURT MPLS

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

______________________

______________________

☐ Other (specify): ______________________

______________________

______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

Date *Signature of Server*

______________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Service List for Lance G Milliman v. Betty Jean Lindemoen, et al 01-1563 RHK/RLE

Beverly Anderson
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Kim Brandell
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Susan Fallek-Rogers
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Jill Prohafsky
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Colia Ceisel
Administrative Law Judge
100 Washington Square
Suite 1700
Minneapolis, MN 55401

Susan Myklebye-Williams
Administrative Law Judge
100 Washington Square
Suite 1700
Minneapolis, MN 55401

Janice Allen
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Dorrie Estebo
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Bethany Lindberg
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Kay Gavinski
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Robert Tipp
2100 Third Avenue, 4th Floor
Anoka, MN 55303

Kelly O'Brien
2100 Third Avenue, 4th Floor
Anoka, MN 55303

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: LANCE Milliman | COURT CASE NUMBER: 01-1563 RHK/RLE |
| DEFENDANT: Betty Jean Lindemoen et al | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jill Prohofsky – Child Support Magistrate

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): C/o Anoka Co. Ct Admin. 325 E Main Street Anoka, MN 55303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lance Milleman
60009 373rd Street
Eden Valley, MN 55329

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

FEB 17 2005

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Lance Milliman | ☐ PLAINTIFF ☐ DEFENDANT | (320) 420-3540 | 2-3-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | [signature] Schmidt | 2/25/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service: 3-14-05 | Time: am / pm |
| | Signature of U.S. Marshal or Deputy: [signature] Schmidt | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8- | 8- | | | |

REMARKS:

2/25/05 USM-299

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: LANCE G. Milliman | COURT CASE NUMBER: 01-1563 RHK/RLE |
| DEFENDANT: Betty Jean Lindemoen et al. | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Michael Campion - Comm. of Minn. Dept of Public Safety

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 445 Minnesota Street Suite 100 St Paul MN. 55101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lance Milliman
60609 373 rd Street
Eden Valley, MN 55329

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Lance Milliman | ☒ PLAINTIFF ☐ DEFENDANT | (320) 420-3540 | 2-3-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 2/25/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service: 3-14-05 — Time: am / pm |
| | Signature of U.S. Marshal or Deputy: N Schmidt |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8- | 8- | | | |

REMARKS:
2/25/05 USM-299

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
MAR 15 9 28 AM '05
US MARSHALS SERVICE
MPLS., MN

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**

United States District Court
for the
District of Minnesota

TO: MICHAEL CAMPION

Civil Action, File Number 01-1563

LANCE GERALD MILLIMAN
*v.*
BETTY JEAN LINDEMOEN ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and Minnesota State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

2/25/05
Date of Signature

[signature]
Signature *(USMS Official)*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

445 Minnesota Street, Suite 1100
Street Number and Street Name or P.O. Box No.

Assistant Attorney General
Relationship to Entity/Authority to Receive

St. Paul, MN 55101-2128
City, State and Zip Code

Minn. R. Civ. P. 4.03(d)
Service of Process

[signature]
Signature

3/14/05
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Lance G. Milliman | COURT CASE NUMBER: 01-1565 RHK/RLE |
| DEFENDANT: Betty Jean Lindemoen et al | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Kim Brandell - Child Support Magistrate

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: c/o Anoka Co. Court Admin. 325 E. Main Street Anoka, MN 55303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lance Milliman
60009 373rd Street
Eden Valley MN 55329

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Lance Milliman | ☒ PLAINTIFF ☐ DEFENDANT | (320) 420 3540 | 2-3-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 2/25/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 3-14-05 | Time: am / pm |
| | Signature of U.S. Marshal or Deputy: N Schmidt | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8- | 8- | | | |

REMARKS: 2/25/05 USM-299

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

RECEIVED
MAR 15 '05 AM
US MARSHALS SERVICE
MPLS., MN

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Minnesota

TO: KIM BRANDELL

Civil Action, File Number 01-1563

LANCE GERALD MILLIMAN
*v.*
BETTY JEAN LINDEMOEN ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and Minnesota State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

2/25/05
Date of Signature

[signature]
Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

445 Minnesota Street, Suite 1100
Street Number and Street Name or P.O. Box No.

Assistant Attorney General
Relationship to Entity/Authority to Receive

St. Paul, MN 55101-2128
City, State and Zip Code

Minn. R. Civ. P. 4.03(d)
Service of Process

[signature]
Signature

3/14/05
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03