# UNITED STATES DISTRICT COURT

District of

Lance Gerald Milliman

V.

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohafsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Esebo, Bethany Lindberg, Kay Favinski, Robert Tipp and Kelly O'Brien

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 01-cv-1563 RHK/RLE

RECEIVED
05 MAY -5 AM 11:29
CLERK, U.S. DIST. MINNEAPOLIS

TO: (Name and address of Defendant) See attached list for additional defendants

Betty Jean Lindemoen
229 – 7th Street
Apartment No. 2
Mora, MN 55051

Charles Weaver
120 State Capital
75 Martin Luther King, Jr. Blvd
St. Paul, MN 55155

Michael Campion
445 Minnesota Street
Suite 100
St. Paul, MN 55101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (Pro Se) (name and address):

Lance Milliman
60009 373rd Street
Eden Valley, MN 55329

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN
CLERK

DATE 2-23-05

(By) DEPUTY CLERK

SCANNED
MAY 05 2005
U.S. DISTRICT COURT MPLS

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Service List for Lance G Milliman v. Betty Jean Lindemoen, et al 01-1563 RHK/RLE

Beverly Anderson
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Kim Brandell
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Susan Fallek-Rogers
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Jill Prohafsky
c/o Anoka County Ct. Administration
325 E. Main Street
Anoka, MN 55303

Colia Ceisel
Administrative Law Judge
100 Washington Square
Suite 1700
Minneapolis, MN 55401

Susan Myklebye-Williams
Administrative Law Judge
100 Washington Square
Suite 1700
Minneapolis, MN 55401

Janice Allen
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Dorrie Estebo
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Bethany Lindberg
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Kay Gavinski
Assistant County Attorney
2100 Third Avenue, 7th Floor
Anoka, MN 55303

Robert Tipp
2100 Third Avenue, 4th Floor
Anoka, MN 55303

Kelly O'Brien
2100 Third Avenue, 4th Floor
Anoka, MN 55303

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Lance G. Millman
COURT CASE NUMBER: 01-1563 RHK/RLE

DEFENDANT: Betty Jean Lindemoen et al.
TYPE OF PROCESS: Civil

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Susan Mykleby-Williams – Administrative Law Judge

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 100 Washington Sq. Suite 1700 Mpls MN 55401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lance Millman
60009 373rd Street
Eden Valley MN 55329

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Signature of Attorney or other Originator requesting service on behalf of: Lance Millman
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (320) 420 3540
DATE: 2-8-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 2-25-05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service | Time am pm

Signature of U.S. Marshal or Deputy: N Schmidt

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
2-25-05 USM-299
3/10/05 returned undeliverable

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**

*United States Marshals Service*
*District of Minnesota*

*300 S Fourth ST, Suite 402*
*Minneapolis, MN 55415–2255*

Official Business
Penalty for Private Use $300




Not at this suite

Susan Myklebye-Williams
100 S Washington Sq - Ste 1700
Minneapolis, MN 55401

US MARS
MPL

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Lance G. Milliman
COURT CASE NUMBER: 01-1563 RHK/RLE
DEFENDANT: Betty Jean Lindemoen et al
TYPE OF PROCESS: Civil

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Colia Ceisel - Administrative Law Judge

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 100 Washington Sq Suite 1700 Mpls MN. 55401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lance Milliman
60009 373rd Street
Eden Valley, MN 55329

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Signature of Attorney or other Originator requesting service on behalf of: [signature]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (320) 420-3540
DATE: 2-3-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | [signature] | 2/25/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)
Date of Service | Time am / pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
2/25/05 USM-299
3/10/05 returned undeliverable

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**

*United States Marshals Service*
*District of Minnesota*

*300 S Fourth ST, Suite 402*
*Minneapolis, MN 55415-2255*

Official Business
Penalty for Private Use $300

RECEIVED

MAR 4 5 54 AM '05

US MARSHALS SERVICE
MPLS, MN

Colia Ceisel
100 S Washington Sq - Ste 1700
Minneapolis, MN 55401

Not at this address/Suite