UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

ORDER

* * * * * * * * * * * * * * * * * * *

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceisel, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp, Kelly O'Brien, Susan Mykelbye-Williams, Michael Campion, Kay Gavinski, and Jill Prohofsky,

Defendants. Civ. No. 01-1563 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

To: Lance Gerald Milliman, P.O. Box 61, South Haven, Minnesota 55382

* * *

This matter came before the undersigned United States Magistrate Judge upon a routine supervision of the cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This action was commenced on August 27, 2001, by the filing of a Complaint. The District Court, the Honorable Michael J. Davis presiding, dismissed the Complaint, and the Plaintiff appealed the decision to the United States Court of Appeals for the Eighth Circuit, which issued an Order of Remand. On April 27, 2004, a review of pending cases revealed that no action had been taken on the matter, following the remand, despite the passage of two years. Since the Plaintiff had sought leave to proceed in forma pauperis ("IFP"), at the time that his Complaint was filed, and since the information contained in that application had been rendered stale, we directed the Plaintiff to submit a new application to proceed IFP, which we granted on January 24, 2005.

The Plaintiff filed an Amended Complaint on February 23, 2005, and, on May 5, 2005, a Return of Service was filed, which advised that the Defendant Betty Jean Lindemoen ("Lindemoen") was served with the Summons and Complaint on April 7, 2005. It appears that twenty (20) days have since passed, and that Lindemoen has not filed her Answer, or otherwise responded to the Complaint. See, Rule 12, Federal

Rules of Civil Procedure ("[A] defendant shall serve an answer within 20 days after being served with the summons or complaint.").

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by the opposing party, the Court does not permit the parties, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That the Plaintiff is directed to:

1. Notify the Defendant Betty Jean Lindemoen immediately that she is required to serve and file her Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiff complies with this Order within 20 days of this date, this case may be dismissed, as to Betty Jean Lindemoen, for lack of prosecution.

BY THE COURT:

Dated: May 9, 2005

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE