UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1563 RHK/RLE

Lance Gerald Milliman,

Plaintiff,

v.

Betty Jean Lindemoen, et al.,

Defendants.

MOTION PURSUANT TO RULE 7(b) FED. R. Civ. P. FOR ADDITIONAL TIME TO RESPOND TO THE REPORT AND RECOMMENDATION

TO: THE HONORABLE RAYMOND L. ERICKSON, UNITED STATES MAGISTRATE, JOHN GARRY, ASSISTANT MINNESOTA ATTORNEY GENERAL AND THOMAS HALUSKA, ASSISTANT ANOKA COUNTY ATTORNEY:

Lance Gerald Milliman, the plaintiff in this present matter hereby moves the Court for an extension of time in which to respond to the report and recommendation of the Honorable Raymond L. Erickson. Additional time is necessary because the plaintiff has been unable to locate certain reference materials necessary to present his objections to the report and recommendation. The plaintiff is not aware of what is customary in such cases and requests that the Court grant whatever additional time that is customary in these matters.

Dated: 5-11-05

Respectfully submitted,

Lance Milliman
Plaintiff pro se
60009 373rd Street
Eden Valley, Minnesota 55329
(320) 420-3540

RECEIVED
BY MAIL
MAY 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
MAY 12 2005
U.S. DISTRICT COURT MPLS

Lance Milleman
60009 373rd Street
Eden Valley, MN. 55329




RECEIVED
BY U.S. MAIL

2005 MAY 12 AM 9:25

CLERK U.S. DIST COURT
MINNEAPOLIS, MN

Clerk of United States District Court
District of Mennesota
US Courthouse Suite 202
300 S. Fourth Street
Mpls MN. 55415
55415+1320