RECEIVED
BY MAIL

MAY 12 2005

CLERK US DIST COURT
MINNEAPOLIS MN

01-1563 RHK/RLE

CERTIFICATE OF SERVICE

I, Lance Milleman, hereby certify that I have served a true and correct copy of the foregoing Motion for an extension of time to respond to Report and Recommendation of the Honorable Raymond L. Erickson upon the attorneys listed below

at the addresses listed below

this 11th day of May, ~~19__~~ 2005 and depositing same in the United States Mail, postage paid at Eden Valley, Minnesota.

Lance Milleman

Subscribed and sworn to before me
this 11th day of May ~~19__~~ 2005.

Patricia Briggs
~~NOTARY PUBLIC/COURT CLERK~~
Witness

John Garry
Assistant Minnesota Attorney General
445 Minnesota Street Suite 1100
St. Paul, MN. 55101

Thomas Haluska
Assistant Anoka County Attorney
2100 Third Avenue
Anoka, MN. 55303