UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Civil File No. 01-1563 RHK/RLE

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Betty Jean Lindemoen, Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien,

Defendants.

I hereby certify that on May 12, 2005, I caused the Reply Memorandum of Law in Support of Motion to Dismiss of Defendants Weaver, Campion, Anderson, Brandell, Fallek-Rogers, Prohofsky, Ceisel, and Myklebye-Williams to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to Assistant Anoka County Attorney Thomas G. Haluska.

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed on May 12, 2005, by first class mail, postage paid, to the following non-ECF participant:

Lance Gerald Milliman
60009 373rd Street
Eden Valley, MN 55329

Dated: May 12, 2005

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Erika Schneller Sullivan
Bar Number 0288056
Mike Hatch
Attorney General
State of Minnesota
Attorneys for State Defendants

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1416537-v1