Civil No
01-1563 RHK/RLE

CERTIFICATE OF SERVICE

I, Lance Milleman, hereby certify that I have served a true and correct copy of the foregoing Objections to Report + Recommendation

upon the attorneys below.

at the addresses below

this 17th day of May, ~~199~~ 2005 and depositing same in the United States Mail, postage paid at Eden Valley, Minnesota.

Lance Milleman

Subscribed and sworn to before me this 17th day of May ~~199~~. 2005.

Patricia Briggs
~~NOTARY PUBLIC/COURT CLERK~~
Witness

John Garry
Assistant Minnesota Attorney General
445 Minnesota Street - Suite 1100
St. Paul, Minnesota 55101

Thomas Haluska
Assistant Anoka County Attorney
2100 Third Avenue
Anoka, Minnesota 55303