Lance Millingen
0009 373 2nd Street
Eden Valley, MN 55329




RECEIVED
05 MAY 20 AM 8:0
CLERK, US DIST COURT
DULUTH, MN

United States District Court
Office of the Clerk
417 Federal Bldg.
515 W. 1st Street
Duluth, MN. 55802