UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lance Gerald Milliman,

Plaintiff, **ORDER**

vs. Civil No. 01-1563 (RHK/RLE)

Betty Jean Lindemoen, et al.,

Defendants.

---

Plaintiff has filed Objections (Doc. No. 64) to the April 29, 2005, Report and Recommendation of United States Magistrate Judge Raymond L. Erickson; accordingly, the Motion for Additional Time to Respond to the Report and Recommendation (Doc. No. 61) is **DENIED AS MOOT**.

Defendant shall serve and file their response to Plaintiff's Objections by June 1, 2005.

Dated: May 23, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge