UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

01-1563 RHK/RLE

Lance Gerald Milliman,

Plaintiff

v.

Betty Jean Lindemoen, et al.,

Defendants.

APPLICATION FOR DEFAULT JUDGMENT AFFIDAVIT OF NO ANSWER, AFFIDAVIT OF IDENTIFICATION OF JUDGMENT DEBTOR AND AFFIDAVIT OF NON-MILITARY STATUS

TO: THE HONORABLE RICHARD H. KYLE, JUDGE OF UNITED STATES DISTRICT COURT, THE HONORABLE RAYMOND. L. ERICKSON, UNITED STATES MAGISTRATE, JOHN GARRY ASSISTANT MINNESOTA ATTORNEY GENERAL AND THOMAS HALUSKA, ASSISTANT ANOKA COUNTY ATTORNEY:

Lance Gerald Milliman, being first duly sworn upon oath, states and alleges as follows:

1. I am the plaintiff in this action. The summons and complaint were served on the defendant, Betty Jean Lindemoen on April 7, 2005 by the United States Marshal as shown by the affidavit of service. More than twenty (20) days have elapsed since the date service was made. No answer or other pleading have been served upon the plaintiff. The plaintiff requests that the Court issue a default judgment against defendant Betty Jean Lindemoen.

2. I am the judgment creditor, that to the best of my knowledge, information and belief, the full name of the judgment debtor in the above-entitled action is as follows:

Betty Jean Lindemoen
12329 Hwy. 65
McGrath, Minnesota 56350

3. To the best of my knowledge, information and belief, the defendant is not now, nor was the defendant at date of service of the summons and complaint, in the military or naval service of the United States.

4. I make this affidavit in support of my request for a default judgment.

Lance Gerald Milliman
Lance Gerald Milliman

Subscribed and sworn to before me
this 26 day of MAY, 2005.

NOTARY PUBLIC/COURT CLERK

JENNIFER L. BECK
Notary Public
Minnesota
My Commission Expires January 31, 2008

RECEIVED
05 MAY 26 PM 1:15
CLERK US DIST COURT
DULUTH MN

SCANNED
MAY 26 2005
U.S. DISTRICT COURT DULUTH