# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Lance Gerald Milliman
Plaintiff,
v.

Betty Jean Lindemoen,
Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp, Kelly O'Brien,

Defendants.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv1563(RHK/RLE) |
| Date: | May 26, 2005 |
| Tape Number: | 05-34 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 0 Hours & 45 Minutes |

## APPEARANCES:

Plaintiff: Pro Se

Defendants: John S. Garry for Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklebye-Williams.
Thomas G. Haluska for Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp, and Kelly O'Brien.

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklbye-Williams' Motion to Dismiss. [Docket No. 43].

2. Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp, and Kelly O'Brien's Motion to Dismiss. [Docket No. 31].

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Motions taken under advisement as of: 5-26-05

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/J.D. Schmid
Law clerk