# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff(s)

v.

Betty Jean Lindemoen, et al.,

Defendant(s)

**CLERK'S ENTRY OF DEFAULT**

Case Number: 01-CV-1563 (RHK/RLE)

It appearing that defendant(s) Betty Jean Lindemoen is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Betty Jean Lindemoen

this 1st day of June, 2005.

RICHARD D. SLETTEN, CLERK

s/Jenny Beck

(By) Jenny Beck Deputy Clerk