UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lance Gerald Milliman,

        Plaintiff,                       **ORDER**

vs.                                        Civil No. 01-1563 (RHK/RLE)

Betty Jean Lindemoen, et al.,

        Defendants.

---

The Court has reviewed de novo the Report and Recommendation of Magistrate Judge Raymond L. Erickson and Plaintiff's Objections thereto. For the reasons stated by Judge Erickson, and which are adopted by the undersigned, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 64) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 53) is **ADOPTED**; and

3. The Motion for Temporary Restraining Order (Doc. No. 26) is **DENIED**.

Dated: June 16, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge