RECEIVED
BY MAIL
JUN 21 2005
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Lance Gerald Milliman,

Plaintiff/Appellant,

v.

NOTICE OF APPEAL

Betty Jean Lindemoen, Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp and Kelly O'Brien,

Defendants.

UNITED STATES COURT OF APPEALS NO: ___________

UNITED STATES DISTRICT COURT NO: 01-1563RHK/RLE

DATE OF DECISION: JUNE 16, 2005

---

TO: THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT:

The above-named appellant hereby appeals to the United States Eighth Circuit Court of Appeals from an order of the Honorable Richard H. Kyle, Judge of United States District Court, District of Minnesota, dated June 16, 2005 denying the appellants Motion for a Temporary Restraining Order and Preliminary Injunction, on the grounds that the decision is not in conformity with the provisions of the United States Constitution, federal statutory and case law and is unwarranted by the evidence.

Dated: June 20, 2005.

Lance Gerald Milliman
Appellant pro se
60009 373rd Street
Eden Valley, Minnesota 55329
(320) 420-3540

SCANNED
JUN 21 2005
U.S. DISTRICT COURT ST. PAUL

Lance Milleman
60009 373rd Street
Eden Valley, Minnesota 55329




United States District Court
office of the Clerk
Room 700 Federal Bldg.
316 North Robert Street
St Paul, Minnesota 55101

RECEIVED
BY MAIL
JUN 21 2005
CLERK US DIST COURT
ST. PAUL, MN

55101+1495 06