Copy

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

RECEIVED
05 JUN 30 AM 11:50
CLERK, U.S. DIST. COURT
ST. PAUL, MN

## TRANSMITTAL OF APPEAL

**Date:** June 27, 2005
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Lisa Duda, Deputy Clerk

**In Re:** District Court Case No.: 01-cv-1563 (RHK/RLE)
Eighth Circuit Case No.:
Case Title: Milliman vs. Lindemoen, et al

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgment appealed from
- ☒ Docket Entries
- ☒ Other:
  - ☐ The statutory filing fee has been paid, receipt # .
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☒ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☒ Original File(s), consisting of 1 file(s).
- ☒ Two certified copies, and one uncertified copy of updated docket sheet from 8/27/01.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

RECEIVED
JUN 29 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

SCANNED
JUL 01 2005
U.S. DISTRICT COURT ST. PAUL

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☐ Yes, receipt # ☒ No, motion for IFP pending? ☐ Yes ☒ No
☒ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☒ No

Are there any other pending post-judgment motions? ☒ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☒ No

Was a court reporter utilized? ☐ Yes ☒ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:** Notice of Appeal was filed in this case on 9/17/01, case # 01-3218.

s/Lisa Duda

Lisa Duda, Deputy Clerk

RECEIVED
BY MAIL
JUN 21 2005
CLERK US DIST COUR
ST. PAUL, MN

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Lance Gerald Milliman,

Plaintiff/Appellant,

v.

NOTICE OF APPEAL

UNITED STATES COURT OF APPEALS NO: ___________

UNITED STATES DISTRICT COURT NO: 01-1563RHK/RLE

DATE OF DECISION: JUNE 16, 2005

Betty Jean Lindemoen, Charles Weaver, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Colia Ceisel, Susan Myklebye-Williams, Janice Allen, Dorrie Estebo, Bethany Lindberg, Robert Tipp and Kelly O'Brien,

Defendants.

---

TO: THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT:

The above-named appellant hereby appeals to the United States Eighth Circuit Court of Appeals from an order of the Honorable Richard H. Kyle, Judge of United States District Court, District of Minnesota, dated June 16, 2005 denying the appellants Motion for a Temporary Restraining Order and Preliminary Injunction, on the grounds that the decision is not in conformity with the provisions of the United States Constitution, federal statutory and case law and is unwarranted by the evidence.

Dated: June 20, 2005.

Lance Gerald Milliman
Appellant pro se
60009 373rd Street
Eden Valley, Minnesota 55329
(320) 420-3540

SCANNED
JUN 21 2005
U.S. DISTRICT COURT ST. PAUL