UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

June 30, 2005

Mr. Lance Gerald Milliman
P.O. Box 61
South Haven, MN 55382

Re: 05-2847 Lance Milliman vs. Betty Jean Lindemoen

Dear Mr. Milliman:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court together with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. Pursuant to Rule 3(e), Federal Rules of Appellate Procedure, you must pay this Court's docket fee of $250 to the Clerk of the District Court in addition to a $5.00 Filing Fee and any other applicable district court fees by July 15, 2005. If you cannot pay the fee, you may complete and file the enclosed application to proceed without prepayment of fees and affidavit in District Court by the July 15 deadline. Failure to either pay the fee or file the enclosed completed application in District Court by the July 15, 2005, deadline may result in the dismissal of your appeal.

Enclosed is a copy of an order entered today regarding the record on appeal and briefing schedule.

(5053-010199)

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Ericka S. Schneller
John Steven Garry
Thomas George Haluska
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1563 RHK/RLE

SCANNED
JUL 18 2005
U.S. DISTRICT COURT MPLS