RECEIVED
05 AUG 15 AM 9:
CLERK, U.S. DIST. COURT
DULUTH, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lance Gerald Milliman

Plaintiff,

**CIVIL ACTION**
NO. 01- 1563RHK / RLE

V.

Betty Jean Lindemoen, et al.,

Defendant,

---

1. **Defendant,** Hereby denies all allegations in complaint.

2, **Defendant,** Requests sanctions under **Federal Rule 11.**

Date: August 8th 2005

[signature]
Betty Jean Lindemoen
Defendant, pro-se
12329 Hwy 65
McGrath, MN 56350

SCANNED
U.S. DISTRICT COURT DULUTH