May 16, 2005

Ms. Betty Lindemoen
12329 Hwy. 65
McGrath, Minnesota 56350

RE: Milliman v. Lindemoen
U.S. District Court File.01-1563 RHK/RLE

Dear Betty,

I know I am the last person you wanted to hear from but I have no choice. I have been directed by the Honorable Raymond L. Erickson, the United States Magistrate assigned to the above-captioned matter to notify you immediately that you are required to serve and file an answer or some other responsive pleading, or move the Court for an extension of time to do so and that if you do not do so within ten (10) days I am required to file an application for default.

The Court has even gone so far as to suggest that we are working together here. However, what the Court does not know is that the hatred between us is so great that it makes it impossible to work together on anything. In any event, how does it feel to be used by your friends at Anoka County to get to me and then as I told you about 18 years ago, when they were done using you, they would hang you out with your tail blowing in the wind and tell you to take care of your own problems.

You know there was a time we could have worked together to take these creeps on and beat them, but those days are long past and in one way or the other you must now pay the fiddler because the State of Minnesota and Anoka County can no longer help you here without doing grave damage to themselves and I love having them in this position.

In any event, you need to take some action within ten (10) days or a default judgment will be taken against you for the relief demanded in the complaint.

Sincerely,

Lance Milliman
Plaintiff pro se
60009 373rd Street
Edcen Valley, Minnesota 55329
(320) 420-3540

July 3, 2005

Ms. Betty Lindemoen
12329 Hwy. 65
McGrath, Minnesota 56350

RE: Milliman v. Lindemoen, et al.
Court File No. 01-1563

Dear Betty:

This will be my final letter to you of a personal nature. From here on forward, I will attempt to collect the debt you owe me in the amount of $100,000.00. ($50,000.00 in actual damages and $50,000.00 in punitive damages) There are a couple of things that need to be said. My father loved and treated you like his own daughter and better than any of his own children. However, he would never have approved of you helping Anoka County to try to destroy me. I also love my children more than you will ever know and when I leave this earth I will see that they and their children are provided for but as for you there is nothing as that is what you deserve. I imagine my children will hate me for coming after you like this and that is fine because I have learned to love them from "long distance" unconditionally and it does not require that they return my love for them. Now you will see what it is like to be hounded all your life for money and do you realize that by helping Anoka County all these years, you actually helped destroy my credit so I could not even get a loan to pay child support to you. You have gotten what you deserve.

I know you are thinking about filing bankruptcy because I would be if I were in your position. However, if you have seen an attorney, you already know that you probably can only discharge one-half of the debt you owe me in bankruptcy and I will continue to collect the other one-half. I will soon begin collection action against you and if you quit your job and have unemployment coming I will seek a portion of that also. I hope you are as happy with the outcome here as I am and I want to see just how long it will take to do to you what you have done to me. Finally, for years you have been angry with me for throwing your nursing books away and burning them but it was done because you would have surely failed out of nursing school because you were not smart enough to do the work it takes and rather than have you crushed for this failure, I gave you someone to blame for not being able to complete your nursing degree. I shouldered the pain for your failure just so you did not have to and now you have the answer you have been looking for all these years.

As I stated earlier, in the future any communications with you will be for the purposes of collecting a debt and any information which is obtained from you will be used for that purpose.

Sincerely,

Lance Milliman