UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

Plaintiff,

v.

Betty Jean Lindemoen, et al.,

Defendants.

File No. 01-CV-1563 (RHK/RLE)

AFFIDAVIT OF AMOUNT DUE

---

Lance Milliman, being first duly sworn upon oath, states and alleges as follows:

1. That he is the plaintiff in the above-entitled matter and as such he is familiar with all the facts and situations involved herein.

2. That a default judgment was previously entered against defendant Betty Jean Lindemoen by Clerk's Entry of Default issued on June 1, 2005.

3. That the plaintiff inadvertently left out the amount due in his request for default judgment and now makes this affidavit requesting that the amount due be added to the Clerk's Entry of Default.

4. The amount due is as follows:

$50,000.00 general damages and $50,000.00 punitive damages.

5. That there are additional amounts due for costs as allowed by law.

6. That the plaintiff makes this affidavit in support of his request to add the amount due to the default judgment.

Lance Milliman

Subscribed and sworn to before me
this 30th day of August, 2005.

NOTARY PUBLIC/COURT CLERK

LINDA THIELEN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2010

SCANNED
AUG 3 1 2005
U.S. DISTRICT COURT ST. PAUL

3411

August 30, 2005

Clerk of United States District Court
District of Minnesota
700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101

RECEIVED
BY MAIL
AUG 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

RE: Milliman v. Lindemoen, et al.
File No. 01-CV-1563 (RHK/RLE)

Dear Clerk:

I have recently learned that the certified copy of the Clerk's Entry of Default that you charged me $9.50 for is of no use because no judgment amount has been entered. I am enclosing an affidavit of the amount due and request that you issue a default judgment in this matter promptly for the amounts due. I have enclose another $9.50 for a certified copy of the default judgment when completed.

Sincerely,

Lance Milliman

Lance Milliman
60009 373rd St
Eden Valley, MN
55329

Clerk of United States District Court
District of Minnesota
700 Federal Bldg.
316 North Robert Street
St. Paul, Minnesota
55101

**RECEIVED**
BY MAIL
AUG 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

55101-1495