# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

August 31, 2005

Mr. Lance Milliman
60009 373rd Street
Eden Valley, MN 55329

RE: Case Name Milliman v. Lindemoen, et al
Case Number 01cv1563 RHK/RLE
Certification and Copy Fees

Dear Mr. Milliman:

Enclosed is your check number 3411 in the amount of $9.50 regarding the above-referenced matter. Please be advised that there is no judgment entered in this case, and because an answer has now been filed in the case, the Clerk's Office cannot enter judgment without an order from the Court; we therefore cannot fulfill your request for a certified copy of the judgment and are returning your check. If you have any questions please feel free to contact our office.

Sincerely,

*s/ Jennifer McDonald*

Jennifer McDonald
St. Paul Division Manager

Enclosure