**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** August 1, 2006

RE: 05-2847 Lance Milliman vs. Betty Jean Lindemoen

RECEIVED
AUG 07 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 1 vol. Transcript:

Deposition: Sealed:

Exhibits:

Other:

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1563 RHK/RLE

jjf

SCANNED
AUG 07 2006
U.S. DISTRICT COURT ST. PAUL