UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lance Gerald Milliman,

Plaintiff,

**ORDER**

vs.

Civil No. 01-1563 (RHK/RLE)

Betty Jean Lindemoen, et al.,

Defendants.

---

Plaintiff's August 15, 2006 letter request (attached) for additional time to respond to the August 3, 2006 Report and Recommendation (Doc. No. 78) is **GRANTED**; the response (objections) and supporting memorandum shall be served and filed no later than September 18, 2006.

Dated: August 18, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge