August 15, 2006

AUG 17 2006
.S. DISTRICT COU
RH... ...BERS

Honorable Richard H. Kyle
Judge of United States District Court
United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Honorable Raymond L. Erickson
United States Magistrate
United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: Request for an extension of time to respond to the Report and Recommendation Dated August 3, 2006.
Court File No.01-1563 (RHK/RLE)

Gentlemen:

This letter is sent to you to request additional time in which to respond and file objections to the report and recommendation referenced above. The plaintiff is diligently pursuing drafting a response. However, we are talking about a 70 page report and recommendation and there is a huge amount of information to digest. The plaintiff is also diligently pursuing drafting a response in another action in the Minnesota federal court system which is a 61 page report and recommendation. I cannot possibly prepare a cohesive response by August 18, 2006 and I would request a thirty (30) day extension.

Respectfully submitted,

Lance Milliman
Plaintiff pro se