01CV1563 RHK

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-2847

Lance Gerald Millman,

Appellant,

vs.

Betty Jean Lindemoen; Charles Weaver; Beverly Anderson; Kim Brandell; Susan Fallek Rogers; Colia Ceisel; Janice Allen; Dorrie Estebo; Bethany Lindberg; Robert Tipp; Kelly O'Brien; Susan Myklebye Williams Williams; Michael Campion; Kay Gavinski; Jill Prohofsky,

Appellees.

Appeal from the United States District Court for the District of Minnesota

RECEIVED BY MAIL
AUG 28 2006
CLERK, US DIST. COURT ST. PAUL, MN

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed as moot in accordance with the opinion of this Court.

(5172-010199)

July 31, 2006

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
AUG 29 2006
MM
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 23, 2006

RECEIVED
BY MAIL
AUG 28 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: 05-2847 Lance Milliman vs. Betty Jean Lindemoen

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

paw

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Richard H. Kyle
Lance Gerald Milliman
Ericka S. Schneller
John Steven Garry
Thomas George Haluska

District Court/Agency Case Number(s): CIV 01-1563 RHK/RLE