# STATE OF MINNESOTA

MIKE HATCH
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL

BREMER TOWER, SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2130
TELEPHONE: (651) 296-9412

August 30, 2006

The Honorable Richard H. Kyle
United States District Court
764 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**Re:** ***Lance Gerald Milliman v. Betty Jean Lindemoen, et al.***
Federal Civil File No. 01-1563 RHK/RLE

Dear Judge Kyle:

This is to advise the Court that the State Defendants (Defendants Weaver, Campion, Anderson, Brandell, Fallek-Rogers, Prohofsky, Ceisel, and Myklebye-Williams) are not submitting a response to Plaintiff's objections (Docket #81-82) to the magistrate judge's Report and Recommendation (Docket #78). In addition, Assistant Anoka County Attorney Thomas G. Haluska has authorized me to advise the Court by this letter that the County Defendants (Defendants Allen, Estebo, Lindberg, Tipp, O'Brien, and Gavinski) also are not submitting a response to Plaintiff's objections to the Report and Recommendation.

Respectfully,

**s/ John S. Garry**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for State Defendants

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

cc: Lance Gerald Milliman
Thomas G. Haluska, Esq.
Betty Jean Lindemoen

AG: #1664075-v1