UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman, Civil File No. 01-1563 RHK/RLE

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Betty Jean Lindemoen, et al.,

Defendants.

I hereby certify that on August 30, 2006, I caused my letter to Judge Richard H. Kyle, dated August 30, 2006, to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to attorney Thomas G. Haluska.

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed on August 30, 2006, by first class mail, postage paid, to the following non-ECF participants:

Lance Gerald Milliman
60009 373rd Street
Eden Valley, MN 55329

Betty Jean Lindemoen
12329 Hwy 65
McGrath, MN 56350

Dated: August 30, 2006

**s/ John S. Garry**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for State Defendants

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1664108-v1