UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lance Gerald Milliman,

Plaintiff,

vs.

Betty Jean Lindemoen, et al.,

Defendants.

Civil No. 01-1563 (RHK/RLE)

**ORDER**

---

Before the Court is the August 3, 2006 Report and Recommendation of Chief Magistrate Judge Raymond L. Erickson together with Plaintiff's Objections thereto. Judge Erickson has recommended the dismissal of Plaintiff's Complaint as to each of the named Defendants.

The undersigned has conducted the required de novo review of the objected to portions of the Report and Recommendation and is satisfied that Judge Erickson's factual determinations and legal conclusions are fully supported by the record before him and controlling legal principles. Accordingly, this Court will adopt the Report and Recommendation in its entirety and dismiss the Complaint.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 81) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 78) is **ADOPTED**;

3. The Motion of Defendants Charles Weaver, Michael Campion, Beverly

Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklebye-Williams to Dismiss (Doc. No. 43) is **GRANTED**;

4. The Motion to Dismiss of the Defendants Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien (Doc. No. 31) is **GRANTED**;

5. Plaintiff's Motion for a Default Judgment against Defendant Betty Jean Lindemoen (Doc. No. 77) is **DENIED AS MOOT**; and

6. Plaintiff's Complaint is **DISMISSED** as to each of the named Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 5, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge