AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Lance Gerald Milliman,

V.

Betty Jean Lindemoen, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-cv-1563 (RHK/RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Objections (Doc. No. 81) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 78) is **ADOPTED**;
3. The Motion of Defendants Charles Weaver, Michael Campion, Beverly Anderson, Kim Brandell, Susan Fallek-Rogers, Jill Prohofsky, Colia Ceisel, and Susan Myklebye-Williams to Dismiss (Doc. No. 43) is **GRANTED**;
4. The Motion to Dismiss of the Defendants Janice Allen, Dorrie Estebo, Bethany Lindberg, Kay Gavinski, Robert Tipp, and Kelly O'Brien (Doc. No. 31) is **GRANTED**;
5. Plaintiff's Motion for a Default Judgment against Defendant Betty Jean Lindemoen (Doc. No. 77) is **DENIED AS MOOT**; and
6. Plaintiff's Complaint is **DISMISSED** as to each of the named Defendants.

September 6, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Katie Thompson
(By) Katie Thompson, Deputy Clerk