RECEIVED
06 SEP 15 P
CLERK U.S. DIST
DULUTH, M

September 11, 2006

RECEIVED
SEP 15 2006

Honorable Richard H. Kyle
Judge of United States District Court
United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Honorable Raymond L. Erickson
United States Magistrate
United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: Milliman v. Lindemoen, et al.
File No. 01-1563 (RHK/RLE)
Request for appointment of counsel on appeal pursuant to 28 USC 1915

Dear Judge Kyle and Magistrate Erickson:

I am submitting this letter to request that the Court appoint counsel for the plaintiff on appeal to the Eighth Circuit pursuant to 28 USC 1915. With all due respect, I believe I have good grounds on which to base an appeal and I believe that this Court is wrong and its opinion needs to be scrutinized by the Court of Appeals. It appears to me that there is no way any citizen could possibly win in an action like this even though 42 USC 1983 gives me the right to pursue these defendants, the Court fails to take me seriously because I am not an attorney. Maybe counsel could help you all understand the argument I am trying to make.

Sincerely,

Lance Milliman
Plaintiff pro se

SCANNED
SEP 15 2006
U.S. DISTRICT COURT DULUTH