# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** October 5, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** V. Moralez, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1563 RHK/RLE
Eighth Circuit Case No.:
Case Title: Milliman v Lindemoen et al

---

TRANSMITTED HEREWITH:

x Original File(s), consisting of 2 file(s).

x Two certified copies, and one uncertified copy of updated docket sheet from 10/5/06

___ Designated Clerk's Record #

___ Other:

___ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: __________ Received by: ____________________

Date Returned to USDC: ________________