# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

**Date:** October 5, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** ~~vuv~~, U. Morales, Deputy Clerk

**In Re:** District Court Case No.: 01cv1563 RHK/RLE
Eighth Circuit Case No.:
Case Title: Milliman v Lindemoen

---

Enclosed, please find three appeal packets each containing a copy of the Notice of Appeal, the Order and/or Judgment appealed, and a certified copy of the docket sheet as of the date of this transmittal.

The statutory filing fee has:

____ been paid, receipt # .
____ not been paid as of 10/5/06. IFP ____ is ____ is not pending.
_x_ been waived because:
_x_ Application for IFP Granted ____ USA filed appeal

Length of Trial: days

Was a court reporter utilized? ____ Yes _x_ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

____ Forms A & B were not received; please see attached forms.

____ Forms A & B were given to counsel at the counter.

____ Completed Form A enclosed in transmittal letter.

RECEIVED
[illegible] 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
OCT 06 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

SCANNED
OCT 13 2006
MM
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** October 5, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** V. Moralez, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1563 RHK/RLE
Eighth Circuit Case No.:
Case Title: Milliman v Lindemoen et al

---

TRANSMITTED HEREWITH:

_x_ Original File(s), consisting of 2 file(s).

_x_ Two certified copies, and one uncertified copy of updated docket sheet from 10/5/06

___ Designated Clerk's Record #

___ Other:

___ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ________ Received by: ________________

Date Returned to USDC: __________