# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 06-3653

---

| | | |
|---|---|---|
| Lance Gerald Milliman, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Betty Jean Lindemoen; Charles Weaver; Beverly Anderson; Kim Brandell; Susan Fallek Rogers; Colia Ceisel; Janice Allen; Dorrie Estebo; Bethany Lindberg; Robert Tipp; Kelly O'Brien; Susan Myklebye Williams; Michael Campion; Kay Gavinski; Jill Prohofsky, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | | |

---

Submitted: March 7, 2008
Filed: March 25, 2008

---

Before BYE, SMITH, and BENTON, Circuit Judges.

---

PER CURIAM.

Lance Milliman appeals the district court's[1] dismissal, following remand by this court, see Milliman v. Lindemoen, 30 Fed. Appx. 669, 669-70 (8th Cir. 2002) (unpublished per curiam), of his 42 U.S.C. § 1983 complaint against his former wife (Lindemoen), the then and present Commissioner of the Minnesota Department of Public Safety, various Minnesota judicial officers, and employees of Anoka County, Minnesota, based on their involvement in child-support and related driver's license-suspension proceedings against Milliman. Upon de novo review, see Mosby v. Ligon, 418 F.3d 927, 931 (8th Cir. 2005) (dismissal for lack of subject matter jurisdiction is reviewed de novo), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.