**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 06-3653

---

LANCE GERALD MILLIMAN

Plaintiff - Appellant

v.

BETTY JEAN LINDEMOEN; CHARLES WEAVER; BEVERLY ANDERSON; KIM BRANDELL; SUSAN FALLEK ROGERS; COLIA CEISEL; JANICE ALLEN; DORRIE ESTEBO; BETHANY LINDBERG; ROBERT TIPP; KELLY O'BRIEN; SUSAN MYKLEBYE WILLIAMS; MICHAEL CAMPION; KAY GAVINSKI; JILL PROHOFSKY

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:01-cv-01563-RHK)

---

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 25, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans