**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

RECEIVED
APR 01 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**RECORDS TRANSMITTAL SHEET**

**DATE:** March 28, 2008

RE: 06-3653 Lance Milliman v. Betty Jean Lindemoen, et al

**TO:** Richard Sletten

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

Original file: 2 vols. Transcript:

Deposition: Sealed:

Exhibits:

Other:

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s): 0:01-cv-01563-RHK

JJF

SCANNED
APR 02 2008
JEM
U.S. DISTRICT COURT ST. PAUL