# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-3653

Lance Gerald Milliman,

Appellant

v.

Betty Jean Lindemoen, et al.,

Appellees

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:01-cv-01563-RHK)

---

**MANDATE**

In accordance with the opinion and judgment of March 25, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 15, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit